# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR
HARBORVIEW MORTGAGE LOAN
TRUST MORTGAGE LOAN PASS-
THROUGH CERTIFICATES, SERIES
2006-9; AND NATIONSTAR
MORTGAGE, LLC, A DELAWARE
LIMITED LIABILITY COMPANY,

                    Appellants,

vs.

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

                    Respondent.

No. 77876

**FILED**

JAN 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

21-02059

cc: Hon. Joanna Kishner, District Judge
Janet Trost, Settlement Judge
Akerman LLP/Las Vegas
Kim Gilbert Ebron
Eighth District Court Clerk